

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

24-20399


DEBTOR(S):

NATHAN T SHANK


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $304.68


CREDITOR'S SIGNATURE:

*/s/ Star Tumminelli*

CREDITOR CONTACT INFO:

Resurgent Receivables, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884


DATE:

3/20/2024