IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-20399-JAD |
| Nathan T. Shank, | : | Chapter 13 |
|               Debtor, | : | |
| | : | |
| Nathan T. Shank, | : | Document No. |
|               Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that the new address for the above-captioned Debtor is now:

    P.O. Box 52
    Fredericktown, PA 15333

The address on record for the Debtor is:

    107 Lawrence Avenue
    Fredericktown, PA 15333

Dated: October 10, 2024

                                            /s/ Dennis J. Spyra, Esq.
                                            Dennis J. Spyra, Esq.
                                            1711 Lincoln Way
                                            White Oak, PA 15131
                                            Ph: (412) 673-5228
                                            Fax: (412) 774-1713
                                            dennis@spyralawoffice.com
                                            PA I.D. # 46188