IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-20399-JAD |
| Nathan T. Shank, | : | Chapter 13 |
|     Debtor, | : | |
| | : | |
| Nathan T. Shank, | : | Document No. |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondent. | : | |

### **NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given that the new address for the above-captioned Debtor is now:

    P.O. Box 52
    Fredericktown, PA 15333

The address on record for the Debtor is:

    107 Lawrence Avenue
    Fredericktown, PA 15333

Dated: September 3, 2025

    /s/ Dennis J. Spyra, Esq.
    Dennis J. Spyra, Esq.
    1711 Lincoln Way
    White Oak, PA 15131
    Ph: (412) 673-5228
    Fax: (412) 774-1713
    dennis@spyralawoffice.com
    PA I.D. # 46188